**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Cheryl Louise Nelson, individually and as a representative of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Allstate Insurance Company<br><br>Defendant. | Court File No. 00CV326 PAM/JGL<br><br>and order<br>**STIPULATION OF DISSMISSAL WITH PREJUDICE** |

The parties in this case, Cheryl Louise Nelson and Allstate Insurance Company, through their undersigned attorneys, hereby stipulate to dismisses the above-entitled action with prejudice on the merits and without costs and disbursements to any party.

Dated: April 19, 2000.

SCHWEBEL, GOETZ & SIEBEN, P.A.

By Sharon L. VanDyk
James R. Schwebel #98267
Sharon L. Van Dyck #183799
ATTORNEYS FOR THE PLAINTIFF
5120 IDS Center
Minneapolis, Minnesota 55402-2246
612.333-8361

Dated: 4/20 ,2000

LEONARD, STREET AND DINARD

By Thomas F. Nelson
Thomas F. Nelson (# )
150 South fifth Street, Suite 2300
Minneapolis, MN 55402

FILED APR 26 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Cheryl Louise Nelson, individually and as a representative of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Allstate Insurance Company<br><br>Defendant. | Court File No. 00CV326 PAM/JGL<br><br>**ORDER** |

Pursuant to the Stipulation between the parties, the above-captioned action is hereby dismissed.

Dated: April 26, 2000.

By [signature]
Judge of District Court



FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____